Indiana, Bloomington and Western Railway Company v. McBroom.

No. 11,165.

98 167
165 644

INDIANA, BLOOMINGTON AND WESTERN RAILWAY COM-
PANY v. McBROOM.

ASSIGNMENT OF ERROR.—*Change of Venue.*—An assignment of error, on
appeal from a judgment rendered in a court to which a change of venue
had been taken from another county in the same circuit, which assigns
error only in the court from which the change was taken, limits the Su-
preme Court to the consideration of errors complained of in that court.

From the Warren Circuit Court.

*L. Nebeker, H. H. Dochterman* and *C. W. Fairbanks,* for
appellant.

*J. McCabe, L. P. Miller* and *C. McCabe,* for appellee.

ELLIOTT, C. J.—This action was commenced in the Foun-
tain Circuit Court and carried by change of venue to the
Warren Circuit Court. The introductory clause of the as-
signment of errors reads thus: " The appellant says that
there is manifest error in the judgment and proceedings of
this cause in the circuit court of Fountain county, Indiana,
in this, to wit." The appellee stoutly contends that this state-
ment restricts the assignment to errors committed by the
court named, and that it can not be extended to rulings made
by the Warren Circuit Court. Cases closely analogous are
cited, and we feel bound to hold that the contention of the
appellee must prevail, although, if the question were an open
one, we might be reluctant to adopt a rule so rigorous as that
laid down by some of the adjudged cases. *Shaw* v. *Spencer,*
33 Ind. 143; *Hollingsworth* v. *State, ex rel.,* 8 Ind. 257; *Riley*
v. *Murray,* 8 Ind. 354; *State, ex rel.,* v. *Delano,* 34 Ind. 52;
*State, ex rel.,* v. *Terre Haute, etc., R. R. Co.,* 64 Ind. 297; Bus-
kirk Prac. 110; Powell App. Proc. 277.

The principle upon which these cases proceed is that the
assignment of errors is in the nature of a complaint, and that
this court is bound to give the same effect to the statements
in the assignment of errors as the trial court is bound to
give to the statements of a complaint.

The only ruling made by the Fountain Circuit Court was upon the demurrer to the complaint, and that ruling is conceded to have been correct.

Judgment affirmed.

Filed June 17, 1884. Petition for a rehearing overruled Nov. 12, 1884.